UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SALVADOR VALDEZ,

          **Plaintiff,**      CASE NUMBER: 12-13215
                              HONORABLE VICTORIA A. ROBERTS
                              MAG. JUDGE LAURIE J. MICHELSON

v.

COMMISSIONER OF SOCIAL
SECURITY,

          **Defendant.**
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

On May 29, 2013, Magistrate Judge Michelson issued a Report and Recommendation [Doc.10], recommending that Defendant's Motion for Summary Judgment [Doc. 9] be GRANTED and Plaintiff's Motion for Summary Judgment [Doc. 8] be DENIED. Neither party filed objections within the fourteen day period pursuant to Fed.R.Civ.P 72(b) and 28 U.S.C. § 636(b)(1). Thus, the Court adopts the Report and Recommendation and the decision of the Commissioner of Social Security is AFFIRMED.

    **IT IS ORDERED**.

                                                    S/Victoria A. Roberts
                                                    Victoria A. Roberts
                                                    United States District Judge

Dated:  June 18, 2013

The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on June 18, 2013.

S/Carol A. Pinegar
Deputy Clerk