**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

**SALVADOR VALDEZ,**

                **Plaintiff,**

**v.**

**COMMISSIONER OF SOCIAL**
**SECURITY,**

                **Defendant.**

**CASE NUMBER: 12-13215**
**HONORABLE VICTORIA A. ROBERTS**
**MAG. JUDGE LAURIE J. MICHELSON**

_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION**

On May 29, 2013, Magistrate Judge Michelson issued a Report and Recommendation [Doc.10], recommending that Defendant's Motion for Summary Judgment [Doc. 9] be GRANTED and Plaintiff's Motion for Summary Judgment [Doc. 8] be DENIED.  Neither party filed objections within the fourteen day period pursuant to Fed.R.Civ.P 72(b) and 28 U.S.C. § 636(b)(1).  Thus, the Court adopts the Report and Recommendation and the decision of the Commissioner of Social Security is AFFIRMED.

      **IT IS ORDERED**.

                        S/Victoria A. Roberts
                        Victoria A. Roberts
                        United States District Judge

Dated:  June 18, 2013

The undersigned certifies that a copy of this
document was served on the attorneys of
record by electronic means or U.S. Mail on
June 18, 2013.

S/Carol A. Pinegar
Deputy Clerk